March 9, 2015

Twelfth Court of Appeals
1517 W. Front St., Ste 354
Tyler, Texas   75702

RE: No. 12-14-00332-CV
    Robert C. Morris v. Sherri Milligan, et al.
    T/C No. 349-6270

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAR 1 2 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

DEAR COURT CLERK,

     Please find enclosed the following motions to be filed and submitted
to the Court for consideration and ruling:

          • MOTION FOR IMMEDIATE COURT ORDER

          • MOTION FOR EXTENSION OF TIME

     On this date, a true and correct copy has been served upon the
Appellee's counsel of both motions.

     Please notify me immediately upon the Court's consideration and
ruling on these motions.

     Thank you for your time and assistance in this matter, it is greatly
appreciated and welcomed.

                                        Sincerely,

                                        Robert C. Morris
                                        Appellant Pro Se
                                        TDCJ-ID # 1311083
                                        Smith Unit
                                        1313 CR 19
                                        Lamesa, TX   79331

enclosure(s): 2 (3/2 pages)

cc: file
    Patrick Brezik, Asst. Attorney General

IN THE
TWELFTH COURT OF APPEALS
TYLER, TEXAS

ROBERT C. MORRIS                          §

vs                                        §          NO. 12-14-00332-CV

SHERRI MILLIGAN, ET AL                    §          T/C NO. 349-6270

FILED IN COURT OF APPEALS
12th Court of Appeals District
MAR 12 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

MOTION FOR IMMEDIATE COURT ORDER

TO THE HONORABLE COURT:

COMES NOW, Robert C. Morris, Appellant Pro Se, in the above styled numbered cause, and respectfully files and submits this his Motion For Immediate Court Order to direct Texas Department of Criminal Justice-Smith Unit in Lamesa. Texas to provide legal correspondence supplies(i.e. paper) necessary so that Morris can prepare his Appellant Pro Se Brief in the above cause. Morris shows the following in support of immediate Court Order.

I.

Morris is incarcerated at the Smith Unit of TDCJ in Lamesa, Texas. He is indigent and proceeding informa pauperis in this cause. Morris has a filing deadline of March 17, 2015 to file his pro se brief.

On February 24, 2015, Morris requested from the Access To Courts Supervisor Albert Jimenez 180 sheets of paper to prepare three(3) copies. Jimenez refused to provide the paper, however gave Morris 35 sheets of paper. Morris estimated his brief and appendix will be 60 pages well within the Rules of Appellate Procedure.

Morris filed a Step 1 Grievance(administrative remedies) on February 26, 2015. A response to the Step 1 came back on March 6, 2015 which stated:

> "Your complaint has been investigated and reviewed. Mr. Jimenez states that he informed you that he would not issue 180 sheets of paper, but would issue 25 to 35 sheets of paper with proof of use. Records indicate that you have been receiving extra sheets of paper. No Further action warranted.

/s/ Warden Cousby (sp?)

Morris has filed a Step 2 Grievance, however the processing time of such is 40 days, with no guarantee of a decision in Morris's favor. Morris has filed and submitted to this Court a second extension of time motion due to these circumstances.

II.

The U.S. Supreme Court in BOUNDS v SMITH, 430 U.S. 343 (1977),

provides that prison officials are to provide necessary legal supplies to file legal pleadings to inmates that wish to challenge their conviction or prison conditions. This duty was upheld in LEWIS v CASEY. 518 U.S. 343 (1996).

Even TDCJ's own policy, AD-14.09, provides that:

> 'Paper for legal/special correspondence shall not be limited, but shall be issued to indigent offenders based upon their presentation of a justifiable legal need (i.e.. court deadline, lengthy legal document).
>
> AD-14.09(III)(C)(3)(a)(3) (2010)

### III.

Despite the law and TDCJ policy, Mr. Jimenez and the Smith Unit Administration Officials refuse to provide necessary legal supplies to offenders without offenders jumping through hoops. Morris has been in TDCJ for over 10 years and has been on several TDCJ Units. Throughout those years Morris has been active in several court proceedings and has never had any difficulty receiving supplies until he arrived on the Smith Unit and deal with ATC Unit Supervisor Albert Jimenez.

Morris request this Court issue an immediate Court Order to direct Albert Jimenez. Smith Unit ATC Supervisor, and Smith Unit Administration to immediately provide Morris with the requested supplies without hurdles.

### PRAYER

WHEREFORE. PREMISES CONSIDERED, Robert C. Morris, Appellant, prays this Honorable Court grants this motion and issues an immediate Court Order, and any further relief deemed necessary, in the interest of justice.

DATED: March 9, 2015

Respectfully Submitted,

Robert C. Morris
Appellant Pro Se
TDCJ-ID # 1311083
Smith Unit
1313 CR 19
Lamesa, Texas 79331

2/3

## CERTIFICATE OF SERVICE

I, Robert C. Morris, declare under penalty of perjury, that the foregoing is true and correct, and further certify that a true and correct copy has been served upon Appellee's counsel, Patrick Brezik, Asst. Attorney General, PO Box 12548, Austin, Texas 78711-2548 by placing in the Smith Unit/TDCJ Prison Mail System on this the 9th day of March, 2015.

Robert C. Morris
TDCJ-ID # 1311083
Appellant PRO SE